# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ANGELA WOODS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action Number** |
| **v.** ) | |
| ) | **7:12-CV-2286-SLB** |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** *et al,* ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S MOTION FOR DISMISSAL OF
## EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION, LLC
## WITH PREJUDICE

COMES NOW the Plaintiff Angela Woods ("Ms. Woods"), by and through her undersigned counsel of record, and files this Motion For Dismissal of Equifax Information Services, LLC and Trans Union, LLC With Prejudice, and shows:

1.  Plaintiff desires to dismiss this proceeding at this time against Equifax Information Services, LLC ("Equifax") and Trans Union, LLC ("Trans Union"). Further, Plaintiff requests an order from the Court to that effect because the issues between Ms. Woods and Equifax and Trans Union have been settled and resolved.

2.  Each party to bear its own costs and attorneys' fees.

1

WHEREFORE, Plaintiff prays that the Court grant her Motion to Dismiss Equifax and Trans Union With Prejudice and that the Court grant such other and further relief as the Court deems just and proper.

Dated: September 25, 2012.

Respectfully submitted,

s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Ave, Suite 120
Birmingham, Alabama 35205-4008
Telephone: 205-747-1907
Facsimile: 205-930-9054
Email: madkins@bhflegal.com

## CERTIFICATE OF SERVICE

I certify that on the 25th day of September 2012, I served the foregoing motion by filing the same using the CM/ECF system, which will provide electronic notice of same to all counsel of record.

s/ Micah S. Adkins
Of Counsel