UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| ANGELA WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO.  7:12-CV-2286-SLB |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the court on Plaintiff's Motion for Dismissal of Equifax Information Services, LLC and Trans Union, LLC With Prejudice. (Doc. 24.)[1] The motion is **GRANTED**. It is **ORDERED** that all claims against Equifax Information Services, LLC and Trans Union, LLC are **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and attorneys' fees.

**DONE**, this 25th day of September, 2012.

*Sharon Lovelace Blackburn*
_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.